**Order entered July 24, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00839-CV

### IN RE TOYOTA MOTOR SALES, U.S.A., INC.
### AND TOYOTA MOTOR CORPORATION, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus.  We **ORDER** relators to bear the costs, if any, of this original proceeding.

/s/     ELIZABETH LANG-MIERS
        JUSTICE